UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00409

**Timothy James Lowe,**
*Plaintiff,*

v.

**Gregg County Jail,**
*Defendant.*

# ORDER

Plaintiff Timothy James Lowe, an inmate of the Gregg County Jail proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On December 14, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's order to file an amended complaint that cures deficiencies in the original pleading. Doc. 9. A copy of the report was mailed to the plaintiff, but he did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on January 25, 2024.*

J. CAMPBELL BARKER
United States District Judge